McGREGOR W. SCOTT
United States Attorney

RICHARD A. LATTERELL
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6422
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

| | |
|---|---|
| CAL FRUIT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEANNE SPAICH; INTERNAL REVENUE SERVICE; and DOES 1-20, <br><br> Defendants. | Civil No. 04-CV-2494 FCD-KJM <br><br> **STIPULATION FOR THIRTY-DAY EXTENSION OF DISCOVERY PERIOD** <br> **"MODIFIED"** |

Plaintiff Cal Fruit International, Inc., defendant Jeanne Spaich, and defendant the United States of America, on behalf of the Internal Revenue Service, by and through their undersigned attorneys, hereby stipulate to and jointly move the Court for a thirty-day extension of the discovery period, until November 30, 2005.  In support thereof, the parties state as follows:

   1. The parties do not anticipate this extension will affect the other pretrial deadlines set by this Court.

   2. This extension is made to allow the parties to conduct depositions and fully explore any possibility of settlement before trial.

//

//

Respectfully submitted this  13th  day of October, 2005.

                                    Respectfully Submitted,

                                    /s/ Brian C. Hamman
                                   BRIAN C. HAMMAN, ESQ.
                                   HARRIS, SANFORD & HAMMAN
                                   660 Ohio Street
                                   P.O. Box 908
                                   Gridley, CA 95948
                                   (530) 846-5691

                                   Attorney for plaintiff


                                    /s/ R. Todd Luoma
                                   R. TODD LUOMA
                                   LAW OFFICE OF RICHARD TODD LUOMA
                                   3600 American River Drive, Suite 135
                                   Sacramento, CA 95864
                                   (916) 971-2440

                                   Attorney for Jeanne Spaich


                                   McGREGOR W. SCOTT
                                   United States Attorney

                                    /s/ Richard A. Latterell
                                   RICHARD A. LATTERELL
                                   Trial Attorney, Tax Division
                                   United States Department of Justice
                                   P.O. Box 683, Ben Franklin Station
                                   Washington, DC  20044-0683
                                   Telephone: (202) 307-6422
                                   Facsimile:  (202) 307-0054

                                   Attorneys for the United States


The court finds good cause exists and the discovery deadline is extended to November 30, 2005. However, in light of this extension the court also extends the last date for hearing of dispositive motions to January 23, 2006.   All other dates as set in the Status Order shall remain in effect.

IT IS SO ORDERED.

Dated this 14th day of October, 2005.

                                    /s/ Frank C. Damrell Jr.
                                   HONORABLE FRANK C. DAMRELL JR.
                                   United States District Judge