McGREGOR W. SCOTT
United States Attorney

JAMES E. WEAVER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 305-4929
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA AT SACRAMENTO

| | |
|---|---|
| CAL FRUIT INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE SPAICH; INTERNAL REVENUE SERVICE; and DOES 1-20,<br><br>Defendants. | Civil No.  CIV S-04-2494 FCD KJM<br><br>**ORDER DIRECTING DISBURSEMENT OF FUNDS HELD IN COURT REGISTRY** |

Upon motion by the United States and for good cause shown, it is hereby

ORDERED that the interpleaded funds at issue in this case, $89,315.60, plus accrued interest thereon, if any, presently held by this Court, be disbursed in the form of a check payable to the United States Treasury.  The check should be mailed to:

United States Department of Justice
Civil Tax – Western
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Attention: James E. Weaver

Dated: January 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE